# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. 15CR422-1 | |
| | ) | |
| | ) | |
| GARY LYNN BRADSHAW | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GARY LYNN BRADSHAW ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Distribute and attempt to distribute child pornography in violation of 18: 2252A(a)(2)(A) and (b)(1).
Possess child pornography involving a prepubescent minor and minor not yet 12 years of age, in violation of 18: 2252A(a)(5)(B) and (b)(2).

***United States Attorney requests a detention hearing***

Date: 12/15/2015                               /s/ John S. Brubaker
                                               *Issuing officer's signature*

City and state: Greensboro, North Carolina     /s/ Michelle Coyne, Deputy Clerk
                                               *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

                                               *Arresting officer's signature*

                                               *Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: Weight:

Sex: Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: