IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 1:15CR422-1 |
| v. | : | |
| | : | |
| GARY LYNN BRADSHAW | : | |

**DECLARATION OF PUBLICATION**

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 22, 2016 and ending on April 20, 2016. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2016 at Greensboro, NC.

                Respectfully submitted,

                RIPLEY RAND
                United States Attorney

                /s/ Eric L. Iverson
                Eric L. Iverson
                Assistant United States Attorney
                NCSB #46703
                101 South Edgeworth Street, 4th Floor
                Greensboro, NC 27401
                Phone: (336)333-5351
                E-mail: eric.iverson@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# COURT CASE NUMBER: 1:15CR422-1; NOTICE OF FORFEITURE

Notice is hereby given that on March 18, 2016, in the case of U.S. v. Gary Lynn Bradshaw, Court Case Number 1:15CR422-1, the United States District Court for the Middle District of North Carolina entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous computer equipment Ser No: see items list (16-FBI-001264), including the following items: 1 HP desktop computer, Ser No: 4CS105093T; 1 SanDisk Cruzer 4GB thumb drive, Ser No: none which was seized from Gary Lynn Bradshaw on December 14, 2015 at 104 Lancelot Rd., located in Salisbury, NC

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 22, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, P.O. Box 2708, Greensboro, NC 27402, and a copy served upon Assistant United States Attorney Lynne P. Klauer, U.S. Attorney's Office, 101 S. Edgeworth Street, 4th Floor, Greensboro, NC 27401. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 22, 2016 and April 20, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Gary Lynn Bradshaw

**Court Case No:** 1:15CR422-1
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/22/2016 | 24.0 | Verified |
| 2 | 03/23/2016 | 24.0 | Verified |
| 3 | 03/24/2016 | 23.7 | Verified |
| 4 | 03/25/2016 | 24.0 | Verified |
| 5 | 03/26/2016 | 24.0 | Verified |
| 6 | 03/27/2016 | 24.0 | Verified |
| 7 | 03/28/2016 | 24.0 | Verified |
| 8 | 03/29/2016 | 24.0 | Verified |
| 9 | 03/30/2016 | 24.0 | Verified |
| 10 | 03/31/2016 | 24.0 | Verified |
| 11 | 04/01/2016 | 24.0 | Verified |
| 12 | 04/02/2016 | 24.0 | Verified |
| 13 | 04/03/2016 | 24.0 | Verified |
| 14 | 04/04/2016 | 24.0 | Verified |
| 15 | 04/05/2016 | 24.0 | Verified |
| 16 | 04/06/2016 | 24.0 | Verified |
| 17 | 04/07/2016 | 24.0 | Verified |
| 18 | 04/08/2016 | 24.0 | Verified |
| 19 | 04/09/2016 | 24.0 | Verified |
| 20 | 04/10/2016 | 24.0 | Verified |
| 21 | 04/11/2016 | 24.0 | Verified |
| 22 | 04/12/2016 | 24.0 | Verified |
| 23 | 04/13/2016 | 24.0 | Verified |
| 24 | 04/14/2016 | 24.0 | Verified |
| 25 | 04/15/2016 | 24.0 | Verified |
| 26 | 04/16/2016 | 24.0 | Verified |
| 27 | 04/17/2016 | 24.0 | Verified |
| 28 | 04/18/2016 | 24.0 | Verified |
| 29 | 04/19/2016 | 24.0 | Verified |
| 30 | 04/20/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.